IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-343-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

1. **MANUEL RAY JIM,**
2. **RHONDA MARTINEZ, a/k/a Rhonda Barrera, a/k/a Rhonda Guerra**,

      Defendants.

---

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **July 21, 2010;** responses to these motions are due **August 9, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **August 19, 2010, at 10:00 m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **4-day jury trial** is set for **August 30, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: June 30, 2010