IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-343-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**2.    RHONDA MARTINEZ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Change of Plea Hearing set for August 5, 2010 is **VACATED AND RESET for August 4, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on August 2, 2010. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.

Dated: July 19, 2010