## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: October 7, 2010 |
| Court Reporter: Terri Lindblom | |
| Probation Officer: Patrick Lynch | |

Criminal Action No.: 10-cr-00343-JLK-2

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | David M. Conner |
|     Plaintiff, | |
| v. | |
| 2.    RHONDA MARTINEZ, | Stephen C. Peters |
|     Defendant. | |

## SENTENCING MINUTES

**9:03 a. m.    Court in session.**

Court calls case. Counsel present. Defendant present in custody.

Preliminary remarks by the Court.

**ORDERED: Motion To Dismiss (Filed 9/30/10; Doc. No. 55) is GRANTED.**

**Change of Plea Hearing:** August 4, 2010

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Argument heard on Defendant's motion for downward departure.

9:04 a.m.     Argument by Mr. Peters.

9:24 a.m.     Questions by the Court.

9:25 a.m.     Continued argument by Mr. Peters.

9:27 a.m.     Argument by Mr. Conner.

9:38 a.m.     Statement by Defendant, Ms. Martinez.

9:40 a.m.     Comments and rulings by the Court.

**ORDERED:** **Defendant Rhonda Martinez's Motions For Downward Departure From Advisory Sentencing Guidelines And/Or For Sentence Below The Advisory Sentencing Guideline Range And Criminal History Category (Filed 9/21/10; Doc. No. 40) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **78 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**

     (X)    Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

     (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer

     (X)    Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.

     (X)    The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

     (X)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

     (X)    Defendant shall remain in compliance with the periodic payments imposed by the Court's judgment and sentence with respect to restitution.

     (X)    Defendant, as directed by the probation officer, shall apply any moneys received from income tax refunds, lottery winnings, inheritances, judgments and any anticipated or unexpected financial gains to the outstanding Court ordered financial obligation regarding restitution.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of **$7,322.00**, to be paid **jointly** and **severally** with Defendant Manuel Ray Jim in Criminal Case No. 10-cr-00343-JLK-1. Restitution payments are due immediately.

Interest is waived.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.**

**The Court recommends the State of Arizona as the place of incarceration for the Defendant.**

**The Court further recommends that, while incarcerated, the Defendant receive treatment for alcohol abuse, drug abuse, and whatever mental health treatment that upon testing, the Bureau of Prisons finds is warranted.**

**9:54 a.m.     Court in recess.**
Hearing concluded.
Total in-court time: 51 minutes